IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CDX HOLDINGS, INC. AND CARIS DIAGNOSTICS, INC. | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:12-CV-126-N |
| DAVID HEDDON, | § § § | |
| Defendant. | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Accordingly, the *Motion for Preliminary Injunction, filed by CDX Holdings, Inc., Caris Diagnostics, Inc.*, filed January 13, 2012, is **DENIED**.

**SIGNED** this 21ˢᵗ day of June, 2012.

_____
**DAVID C. GODBEY**
UNITED STATES DISTRICT JUDGE